# EXHIBIT 1-2 - Complaint

**Registration Number**

# PA 2-564-409

**Effective Date of Registration:**
October 08, 2025
**Registration Decision Date:**
February 01, 2026

## Title

**Title of Work:** BORUTO(#1):Uzumaki Boruto!!

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** April 05, 2017
**Nation of 1st Publication:** Japan

## Author

- **Author:** TV Tokyo Corporation
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Domiciled in:** Japan

## Copyright Claimant

**Copyright Claimant:** TV Tokyo Corporation
Roppongi 3-2-1, Minato-Ku, Tokyo, 106-8007, Japan

## Limitation of copyright claim

**Material excluded from this claim:** Based on the Manga entitled NARUTO. Certain preexisting licensed material.

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Organization Name:** TV Tokyo Corporation
**Address:** Roppongi 3-2-1
Minato-Ku
Tokyo 106-8007 Japan

## Certification

**Name:** Yuzuki KAWAI
**Date**: October 07, 2025

**BORUTO Uzumaki Boruto!! 1**






I'll send you where I sent
the Seventh Hokage, Boruto.


Was this
the only possible outcome?


Yes, that's right.


The age of the shinobi…is over!







Still a shinobi!




The story goes back in time
several years from this point.


原作
「BORUTO-ボルト- -NARUTO NEXT GENERATIONS-」
原作・監修 岸本斉史
漫画 池本幹雄
脚本 小太刀右京
集英社「週刊少年ジャンプ」連載
その目に宿せ 光と火


BORUTO
-ボルト-
NARUTO NEXT GENERATIONS


ストーリー監修
小太刀右京
構成
上江洲 誠
重ねた夢の影　迷い顔　映る窓


キャラクターデザイン
西尾鉄也
鈴木博文
サブキャラクターデザイン
卯野一郎
薮野浩二
有象無象　扉の向こうの群青


キャラクターデザイン
西尾鉄也
鈴木博文
サブキャラクターデザイン
卯野一郎
薮野浩二
有象無象　扉の向こうの群青




美術監督
上野 秀行
色彩設計
今村 友栄
撮影監督
増野 真衣
掴めば夢の影 答えは風の中


編集
森田 清次
音響監督
名倉 靖
掴めば夢の影 答えは風の中


音楽
高梨康治
刃-yaiba-
火
水
み
きっとまだ見えないもの


まばた わす
瞬きも忘れて


未来を君と追い抜いて 見たいのさ この目で新章を


未来を君と追い抜いて 見たいのさ この目で新章を


バトンロード 振り返ると 君だけの地上絵


バトンロード 振り返ると 君だけの地上絵


バトンロード 振り返ると 君だけの地上絵


バトンロード 振り返ると 君だけの地上絵


プロデューサー
土方 真（テレビ東京）
町山晃一
アニメーション制作
studioぴえろ
いまは涙の種だって　咲かせれば偉大な伝承花


その目に宿せ　光と火


その目に宿せ　光と火


その目に宿せ　光と火










幸
ト
ヨ
やど　きみ　みらい
宿せ　君の未来


総監督
阿部記之
やど
宿せ　いつまでも


NARUTO
GENERATIONS
七代目火影
やど
宿せ　いつまでも
製作
TV TOKYO
ぴえろ


製作
TV TOKYO
ぴえろ


うずまきボルト!!
BORUTO UZUMAKI!


Is it that bad?!




火影室
七代目火影
火影室
Please hurry,


雷
THUNDER




I made it just in time.


Why do I have to be the one
to keep you company?








I'll show you one day!







WATER
Sorry, my hand slipped.


Are you crazy?
You wanna get hurt?


Take that back now.


Don't be such a wuss.




Huh?!


He said that if I'm going
inherit his company,


壱番
安心
サポート
雷車でつくる
明るい未来。
A BRIGHTER FUTURE THROUGH
THE THUNDER RAIL
TOGETHER WITH THE LEAF VILLAGE
THE KAMINARIMON COMPANY
That's the biggest enterprise in the land!


Can I put in a pre-order
on the next release?








Don't let 'em pick on you!






– Trouble!
– Whoa!




He was always causing trouble,


But he was actually very cool.


I thought your father would
be home tonight...


Let's eat.




You're going to learn that
starting tomorrow at the Academy too.


So uncool.


So, I just have to be strong?


That's right.












水





Oh, lucky!


What's going on?!


Don't you know?
This is one of our company's prototypes.


What're you saying?


You get it now?
Just a little collision of defective goods.


Y-You're kidding, right?






I have to…


It's happening again.


My father's word is absolute.


You don't need his approval!






THUNDER













I can't hold on!


Just a little longer!





We're okay!


Don't get mad.
I was just kidding.





You're right.


Staying on the tracks isn't for us!









Are you listening, Sarada?


You stay put.














B-Boruto…





That guy…




Don't just stand there.
Clear the students out!




Time out! Time out!


And from today, call me Sensei!


What do you mean by creepy?


Hey! Denki, are you okay?


So what? We're fine.


I'm not gonna call you Sensei.






They will pay for all the repairs
for the damages in town.


Despite all that's happened,
he's quite grateful.




cast
うずまきボルト　三瓶由布子
うちはサラダ　菊池こころ
奈良シカダイ　小 野 賢 章
秋道チョウチョウ　白 石 涼 子
猿飛木ノ葉丸　高 橋 英 則


cast
うずまきナルト 竹内順子
うずまきヒナタ 水樹奈々
うずまきヒマワリ 早見沙織
奈良シカマル 森久保祥太郎
油女シノ 川田紳司


エンディングテーマ
『ドリーミージャーニー』
the peggies(ザ・ペギーズ)
作詞・作曲：北澤ゆうほ
編曲：the peggies、大久保 友裕
(EPIC レコードジャパン)
Hey, long time no see!


エンディングテーマ
『ドリーミージャーニー』
the peggies（ザ・ペギーズ）
作詞・作曲：北澤ゆうほ
編曲：the peggies、大久保 友裕
（EPIC レコードジャパン）
'Morning, Boruto.


脚本　上江洲 誠
絵コンテ　山下宏幸


Huh? Oh yeah?


Thanks!





美 術
上野秀行
背 景
スタジオワイエス
横松紀彦 山田早紀 岡田玲子
高橋映莉加 門口亜矢 島田 碧
有藤靖晃 伊藤茉莉 長崎 斉
土井則良 小林祐子 澤谷健太
maru animation
Nah, it's nothing.


編 集
森田編集室
宮崎直樹
ビデオ編集
グッド・ジョブ TOKYO
河村圭太 長尾和弘
Morning...


Huh? I wonder who that was...


Who knows?

So you…


No, I just think ninjutsu is awesome.


番組宣伝
横森絵美
(テレビ東京)
制作デスク
加藤三南子
制作進行
中島翔太
設定制作
福井のぞみ
文芸
田中秀人
Really?


Can I see your homework?


協 力
週刊少年ジャンプ編集部
瓶子吉久 中野博之 本田佑行
アソシエイトプロデューサー
石本順也 篠崎真哉
(テレビ東京)
福壽文仁 堀内圭介
Sure.


製作
TV TOKYO
ぴえろ






BORUTO
NARUTO NEXT GENERATIONS
次回予告
I'm going to be
the star from today on!


次回予告
I'm going to be
the star from today on!


次回予告


BORUTO
NARUTO NEXT GENERATIONS
次回予告
Oops, did I just say that out loud?


BORUTO
NARUTO NEXT GENERATIONS
次回予告
弐
but why are you so sarcastic?


BORUTO
NARUTO NEXT GENERATIONS
次回予告
but why are you so sarcastic?

BORUTO
NARUTO NEXT GENERATIONS
次回予告
Oh, sorry.


BORUTO
NARUTO NEXT GENERATIONS
次回予告
If it touched a nerve,
I take it back…but…

BORUTO
NARUTO NEXT GENERATIONS
次回予告
Next time on
Boruto: Naruto Next Generations:


BORUTO
NARUTO NEXT GENERATIONS
次回予告
THE HOKAGE'S SON!
の息子…!!